UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: COURT OPERATIONS DURING
COVID-19 PANDEMIC
_____

CASE NO: 2:20-mc-3-SPC

## ORDER

This Order applies to the United States Courthouse and Federal Building in Fort Myers, Florida ("Fort Myers Courthouse") and incorporates by reference Chief Judge Steven D. Merryday's Order, Case No. 8:20-mc-20-T-23, which restricts visitors into the Middle District of Florida's courthouses to protect public health and safety during the COVID-19 pandemic.

Effectively immediately, all individuals seeking entry into the Fort Myers Courthouse must submit to a temperature check by pausing before a standalone infrared temperature scanner that detects a fever equal to or above 100.4 degrees Fahrenheit.[1] Persons registering a fever equal to or above 100.4 degrees Fahrenheit will be denied further entrance into the courthouse and must contact the office to be visited in order to arrange accommodations to accomplish the person's business needs. Law enforcement officers, protective service officers, and court security officers working for the Federal Protective Service and the U.S. Marshals Service will enforce this Order.

**DONE and ORDERED** in Fort Myers, Florida on this 11th day of September 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

---

[1] The Centers for Disease Control and Prevention recommends temperature screening as an optional strategy to prevent the spread of COVID-19.